**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Southern Division**

| | | |
|---|---|---|
| **JERRY FENZEL (a/k/a Harry J. Fenzel)** | * | |
| Plaintiff, | * | |
| v. | * | Case No. DKC13-CV-0379 |
| **GROUP2 SOFTWARE, LLC, et al.** | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ALTERNATIVE SERVICE

COMES NOW Plaintiff, Jerry Fenzel (hereinafter "Plaintiff"), by and through his undersigned counsel, and respectfully requests this Court enter an Order for Alternative Service on Defendant Thomas Bowen ("Defendant Bowen") and for grounds in support thereof state as follows:

1. On or about December 10, 2012, Plaintiff filed a seven (7) count Complaint against Defendants in the Circuit Court for Prince George's County and Plaintiff served Defendant Group 2 Software, LLC ("Group 2") on or about January 3, 2013. On or about February 4, 2013, Group 2 removed the case filed in Prince George's County to this Court.

2. On or about May 9, 2013, Defendant Group 2 filed a Counterclaim against Plaintiff. Defendant Group 2 stated in its Counterclaim that Defendant Thomas C. Bowen ("Bowen") is Group 2's sole and managing member. *See* Counterclaim filed by Group 2 at ¶ 1.

3. Defendant Group 2 is represented by Glenn C. Etelson, Esq. and the law firm of Shulman, Rogers, Gandal, Pordy & Ecker, P.A.

4.	It was believed that Defendant Bowen was personally served with process in the Prince George's County case prior to removal to this Court.

5.	After removal, Defendant Bowen, through his attorneys Glenn C. Etelson, Esq. and the law firm of Shulman, Rogers, Gandal, Pordy & Ecker, P.A. filed a Motion to Quash Service accompanied by an Affidavit signed under oath by Defendant Bowen that represented he lived at 11 Radcliffe Place, Charleston, South Carolina.  Attached to Defendant Bowen's Affidavit was a copy of his South Carolina Driver's License that represented that he resided at 15 Radcliffe Place, Charleston, South Carolina.  *See* Motion to Quash Service and Affidavit of Defendant Bowen attached thereto.

6.	Summons for Defendant Bowen was issued on July 2, 2013 for personal service. Despite diligent efforts, service could not be effectuated before the summons expired.

7.	Plaintiff hired a private process server to effectuate service upon Defendant Bowen.  The private process server hired by Plaintiff, Margaret B. Buchanan, confirms, under the penalties of perjury, that she made no less than seven (7) attempts to serve Defendant Bowen at each of his addresses.  A copy of the Affidavit of Service is attached hereto as Exhibit 1.

8.	As stated in the Affidavit of Service attached hereto, Plaintiff's process server attempted service at 11 Radcliffe Place, Charleston, SC and 15 Radcliffe Place, Charleston, SC seven (7) times.  Plaintiff's process server was finally able to get David Dabey to answer at 15 Radcliffe Place who stated he has lived there for eight (8) years, but claimed that he does not know Thomas Bowen.  Plaintiff's process server was unable to get an answer at 11 Radcliffe Place, but witnessed mail on the ground in front of the door addressed to Thomas Bowen.  These circumstances indicate that Defendant Bowen is evading service.

9. On October 2, 2013, counsel for Plaintiff requested that counsel for Defendant accept service of process for Defendant Bowen.  Mr. Etelson confirmed once again that he represented Defendant Bowen but stated that Defendant Bowen had not authorized his counsel to accept service, despite apparently authorizing his counsel to file a Motion to Quash Service in this case.  *See* email attached hereto as Exhibit 2.  *See also* Status Letter to the Court dated October 15, 2013.

10. The actions of Defendant Bowen in apparently evading service of process at the addresses that he provided in his Affidavit and his refusal to authorize his counsel to accept service in this action have necessitated the filing of this Motion for Alternative Service.

11. Plaintiff has made numerous good faith attempts to have Defendant Bowen served and it appears from the record that Defendant Bowen is evading service.  From the record it appears that it would be futile to send a waiver of service of process directly to Defendant Bowen and as Mr. Bowen's confirmed attorneys do not have authority from Mr. Bowen to accept service on his behalf in this case, it would be futile to send a waiver to them.

12. Plaintiff requests that this Court order that service be effectuated by mailing a copy of the Summons, Complaint, and all other papers filed with it to Defendant Thomas Bowen at his residential address of 11 Radcliffe Place, Charleston, SC 29403 and to Defendant Bowen's counsel of record Glenn C. Etelson, Esq. at Shulman, Rogers, Gandal, Pordy & Ecker, P.A., at 12505 Park Potomac Avenue, 6th Floor, Potomac, Maryland 20854.

13. Defendant Bowen is represented by Mr. Etelson, Defendant Bowen has notice of this suit already, Defendant Bowen is the sole member of Defendant Group 2 and has authorized

Mr. Etelson to file a Counterclaim in this matter. Consequently service of the Complaint and Summons by regular mail is sufficient under the circumstances of this case.

14. Service by regular mail is appropriate under the circumstances of this case and is reasonably calculated to give actual notice of this suit to Defendant Thomas Bowen, which it is clear from the record that Defendant Bowen already has actual notice of this suit and the allegations against him and Defendant Group 2.

WHEREFORE, Plaintiff, Jerry Fenzel, respectfully requests this Court enter an Order granting this Motion for Alternative Service, Order that service on Defendant Bowen be made by mailing a copy of the Summons, Complaint, and all other papers filed with it to Defendant Thomas Bowen at his residential address of 11 Radcliffe Place, Charleston, SC 29403 and to Defendant Bowen's counsel of record Glenn C. Etelson, Esq. at Shulman, Rogers, Gandal, Pordy & Ecker, P.A., at 12505 Park Potomac Avenue, 6th Floor, Potomac, Maryland 20854 and for such further and other relief as Plaintiff's cause requires.

                                                                                     /s/
                                                Walter W. Green  #15007
Law Office of Walter W. Green
7309 Baltimore Avenue
Suite 115
College Park, MD 20740
Telephone: (301) 927-3100
Facsimile: (301) 927-3542
wgreen@GreensLaw.com

Attorney for Plaintiff
Jerry Fenzel

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 18th day of October, 2013, a copy of Plaintiff Jerry Fenzel's Motion for Alternative Service was served via the Court's ECF system to:

Glenn C. Etelson, Esq.
Shulman, Rogers, Gandal,
Pordy & Ecker, P.A.
12505 Park Potomac Avenue
Sixth Floor
Potomac, MD 20854

                                              /s/
                                      Walter W. Green